

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ALK/SMS/SMS
F. #2018R00369

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 19, 2025

By E-Mail and ECF

The Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Hector Rosario
              Criminal Docket No. 22-355 (ENV)

Dear Judge Vitaliano:

      The government writes to confirm that, earlier today, the government disclosed paragraphs 24–49 and 44–46 of the Presentence Investigation Report ("PSR") filed at ECF No. 147-1 and paragraphs 61–66 and 89–102 of the PSR filed at ECF No. 147-2 to the defendant. The government additionally disclosed to the defendant the citizenship and immigration status information contained in each PSR.

      Respectfully submitted,

      JOHN J. DURHAM
      United States Attorney

By:     /s/
      Anna L. Karamigios
      Sophia M. Suarez
      Sean M. Sherman
      Assistant U.S. Attorneys
      (718) 254-7000

cc:   Defense Counsel (by ECF)
      Clerk of Court (by ECF)