DOCKET NUMBER: 1:22-cr-00355-ENV-4     Date: 3/5/2025

USA v. Hector Rosario

CRIMINAL CAUSE FOR JURY TRIAL DAY  (Day 6)

Date Received By Docket Clerk: 3/10/2025     Docket Clerk Initials: DMP

BEFORE JUDGE: ERIC N. VITALIANO     TIME IN COURT: 5 hours

| DEFENDANT | ATTORNEY |
|---|---|
| Hector Rosario | Louis Freeman |
|  | Kestine Thiele (Mentee) |

A.U.S.A.: Sophia Suarez, Anna Karamigios and Sean Sherman

CASE MANAGER: William Villanueva

COURT REPORTER: Avery Armstrong

INTERPRETER: n/a     LANGUAGE: n/a

Probation Officer: n/a

- X    Jury continues deliberations
- X    Jury reaches a verdict, Not Guilty on Count 1 of the trial indictment and Guilty on Count 2 of the trial indictment
- X    Jury polled
- X    Rule 29 motion as to Count 1 is denied as moot.
- X    Rule 29 Motion Schedule as to Count 2 of the trial indictment: Defense motion due 4/7/2025, Government response by 5/12/2025 and defense reply by 5/19/2025
- X    Government's motion to remand defendant is denied.
- X    Sentencing date will be set after Pre-sentence Report Complete.