# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER
LEE A. GINSBERG

NADJIA LIMANI
OF COUNSEL

CHARLENE RAMOS
OFFICE MANAGER

75 MAIDEN LANE
SUITE 907
NEW YORK, N.Y. 10038

(212) 608-0808
TELECOPIER (212) 962-9696
E-MAIL: FNGLAW@AOL.COM
WWW.FNGLAW.COM

March 27, 2025

**BY ECF**
Honorable Eric N. Vitaliano
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **United States v. Hector Rosario**
**22 CR 355 (ENV)**

Dear Judge Vitaliano:

We write to request the Court so-order the attached proposed order regarding the submission of interim vouchers in this matter. Undersigned counsel ("counsel") and his team have worked diligently and efficiently since August of 2022, a period of over two and a half years, without receiving compensation (because counsel did not request interim payments until now). Now that the trial is concluded counsel and his team will focus on the sentencing phase of the litigation. However before we embark on that phase we request approval to submit interims.

The submission of interim vouchers are commonplace in a case where the litigation is extended. The Rosario case is such a case: "(a) Courts and presiding judges or their delegate should allow interim payments of compensation and of expenses to attorneys under § 230.63.50 at regular intervals in representations exceeding 90 days in duration or $4,000 in accrued compensation and expense claims." Guide to Judiciary Policy, Vol 7 Defender Services, Part A Guidelines for Administering the CJA and Related Statutes, Chapter 2: Appointment and Payment of Counsel, § 230.73.10 Non-Death Penalty Cases.

Accordingly we request interim vouchers be approved in the above-referenced case.

Respectfully,

Louis M. Freeman

Encl.