UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA,

   - AGAINST -    **ORDER**

HECTOR ROSARIO    22 CR 355 (ENV)

                              Defendant.
--------------------------------------------------------X

BEFORE:

       THE HON. ERIC N. VITALIANO
       UNITED STATES DISTRICT JUDGE
       EASTERN DISTRICT OF NEW YORK

       Upon the accompanying letter-motion of Louis M. Freeman, dated March 27, 2025, it appearing that:

       1. On August 16, 2022 by CJA-20, pursuant to 18 U.S.C. § 3006A, Louis M. Freeman was appointed to represent defendant Hector Rosario as lead counsel;

       2. On December 28, 2023, Nadjia Limani was appointed as associate counsel;

       3. It is HEREBY ORDERED that the aforementioned counsel be permitted to submit interim vouchers to include the pre-trial and trial phases (Interim #1) and the final payment ton include sentencing phase (final payment).

Dated: March ___, 2025
Brooklyn, New York

                                                SO ORDERED:

                                                _____
                                                HON. ERIC N. VITALIANO
                                                UNITED STATES DISTRICT JUDGE