**Kestine M. Thiele, Esq.**

305 Broadway, Suite 700
New York, New York
(212) 542-3860
kestine@kthielelaw.com

# KT The Law Office of Kestine M. Thiele, PLLC

April 7, 2026

<u>**Via ECF**</u>
The Honorable Eric N. Vitaliano
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Hector Rosario,* **22 Cr. 355 (ENV)**

Dear Judge Vitaliano:

As the Court is aware, we represent Mr. Hector Rosario in the above-referenced matter, pursuant the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A. We write on behalf of Mr. Rosario to respectfully request that the Court grant a temporary modification to his bail conditions. Mr. Rosario was arraigned and released on bail on August 16, 2022. Since then, he has been compliant with his bail conditions.

We respectfully request that the Court permit Mr. Rosario to travel to Las Vegas, Nevada between April 19, 2026 and April 24, 2026. He has been hired to work security at the Google Cloud Next 26 Conference, which takes place during those days. If this request is granted, Mr. Rosario will promptly provide all details of his stay and travel itinerary with his Pretrial Officer.

Pretrial Services has no objection to this request. The Government defers to Pretrial. We thank the Court for its consideration of this matter.

Respectfully submitted,

/s/

Kestine M. Thiele, Esq.
Louis Freeman, Esq.