**Kestine M. Thiele, Esq.**

305 Broadway, Suite 700
New York, New York
(212) 542-3860
kestine@kthielelaw.com

# KT The Law Office of Kestine M. Thiele, PLLC

May 1, 2026

<u>**Via ECF**</u>
The Honorable Eric N. Vitaliano
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *United States v. Hector Rosario,* **22 Cr. 355 (ENV)**

Dear Judge Vitaliano:

As the Court is aware, we represent Mr. Hector Rosario in the above-referenced matter, pursuant the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A. We write on behalf of Mr. Rosario to respectfully request that the Court grant a modification to his bail conditions. Mr. Rosario was arraigned and released on bail on August 16, 2022. Since then, he has been compliant with his bail conditions.

We respectfully request that the Court modify Mr. Rosario's bail conditions, to permit him to travel within the continental United States for work, after providing advanced notice to and getting advanced approval from Pretrial Services for each trip. Mr. Rosario has secured a supervisory role at the security company, Selarom Security; in this role, he provides executive protection and oversees daily safety operations for clients. He expects to travel one to three times per month. Before travel, he will provide all details of his itinerary, as well as proof of employment in conjunction with the travel.

Neither Pretrial Services nor the Government objects to this request. We thank the Court for its consideration of this matter.

Respectfully submitted,

/s/

Kestine M. Thiele, Esq.
Louis Freeman, Esq.