KT The Law Office of Kestine M. Thiele, PLLC

**Kestine M. Thiele, Esq.**
305 Broadway, Suite 700
New York, New York
(212) 542-3860
kestine@kthielelaw.com

April 30, 2026

**FILED UNDER SEAL**

**Via ECF**
The Honorable Eric N. Vitaliano
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: *United States v. Hector Rosario,* 22 Cr. 355 (ENV)**

Dear Judge Vitaliano:

We represent Mr. Hector Rosario in the above-referenced matter, pursuant the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A. We write to respectfully request that the Court schedule a sentencing date for Mr. Rosario. On March 25, 2025, after a jury trial, Mr. Rosario was convicted of Count 8 of the Indictment. On July 16, 2025, the Court denied Mr. Rosario's Rule 29 motion, filed on April 7, 2025.

On May 20, 2025, the Probation Department conducted a Presentence Interview of Mr. Rosario, but no disclosure of the Presentence Report has yet been made to the parties. We respectfully request that a schedule be set for the disclosure, and a sentencing date be set in this case, sometime prior to the beginning of October 2026. [redacted]

Finally, we request that this letter be filed under seal as it relates to undersigned counsel's medical condition. We thank the Court for its consideration.

Respectfully submitted,

/s/

Kestine M. Thiele, Esq.
Louis Freeman, Esq.