**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SMS
F. #2018R00369

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 20, 2026

By ECF

The Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Hector Rosario
Criminal Docket No. 22-355 (ENV)

Dear Judge Vitaliano:

The government has no objection to the defendant's response to the motion for unsealing filed by Newsday. See ECF Nos. 212, 218, 219.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Sophia M. Suarez
Assistant U.S. Attorney
(718) 254-7000

cc: Clerk of Court (ENV)
Counsel for defendant (via ECF)